IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | JUDGE **1 : O7CV1431** |
| v. | ) | **JUDGE BOYKO** |
| $25,000.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | ORDER FOR PUBLICATION OF NOTICE |

Now on this __17th__ day of __MAY__, 2007, it

appearing to the Court that the defendant, to wit: $25,000.00 in

U.S. Currency, is the defendant in an in rem action for breach of

the laws of the United States relating to property acquired

and/or used in violation of 21 U.S.C. § 881, in particular, for

the reasons and causes as set forth in the Complaint in

Forfeiture, and that plaintiff has instituted the in rem action

herein and has requested publication of notice pursuant to Rule

G(4) of the Supplemental Rules for Admiralty or Maritime Claims

and Asset Forfeiture Actions;

IT IS THEREFORE ORDERED AND DECREED that publication of notice, as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, shall be in The News Herald, or on an official internet government forfeiture site, and shall give persons in interest thirty-five (35) days within which to file a claim, and twenty (20) days, after filing of the claim, within which to file an answer or a motion under Rule 12 of the Civil Rules of Procedure.

UNITED STATES DISTRICT JUDGE

FILED

MAY 1 7 2007

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

2