IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:07CV1431 |
| | ) | |
| Plaintiff, | ) | JUDGE BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| $25,000.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |

Before the Court is the Motion for Default Judgment filed by plaintiff the United States of America against the interest of George McKnight in the defendant $25,000.00 in U.S. Currency.

Upon review of the motion and supporting documentation, the Court finds as follows:

1. A verified Complaint in Forfeiture was filed against the defendant currency.

2. A Warrant of Arrest In Rem was served on the defendant currency.

3. The plaintiff served notice of this action, and a copy of the Complaint, by certified mail on Neil Rosenberg, the attorney for George McKnight. All other potential claimants were served by publication.

4. George McKnight has not filed an answer in this action.

Therefore, it is ORDERED, ADJUDGED, and DECREED:

1. That a judgment by default is hereby entered in favor of plaintiff, the United States of America, and against George McKnight and all other persons who have not filed an answer in this matter with respect to the defendant $25,000.00 in U.S. Currency; and,

2. That the defendant $25,000.00 in U.S. Currency is hereby forfeited to the United States of America and shall be disposed of in accordance with law.

It is so ORDERED this 14th day of December, 2007.

s/Christopher A. Boyko
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

- 2 -