UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:07CV1431 |
| | ) |
| | ) JUDGE CHRISTOPHER A. BOYKO |
| Plaintiff, | ) |
| | ) |
| v. | ) **JUDGMENT** |
| | ) |
| | ) |
| $25,000 IN U.S. CURRENCY, | ) |
| | ) |
| Defendant. | ) |

The Court has entered Default Judgment in the above-captioned matter.

Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

DATE: December 14, 2007

s/Christopher A. Boyko
**HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE**